A. S. R., on his own behalf and on behalf of others similarly-situated

v.

PRESIDENT UNITED STATES OF AMERICA; ATTORNEY GENERAL UNITED STATES OF AMERICA; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ACTING DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF STATE; UNITED STATES DEPARTMENT OF STATE; DIRECTOR PHILADELPHIA FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; FACILITY ADMINISTRATOR MOSHANNON VALLEY CORRECTIONAL CENTER,

    Appellants