# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., <br><br> Petitioner, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*, <br><br> Respondents. | No. 3:25-cv-00113 <br> Judge Stephanie L. Haines |

NOTICE is hereby given that Respondents appeal to the United States Court of Appeals for the Third Circuit from the order, *see* Dkt. No. 73, and opinion, *see* Dkt. No. 72, entered on May 13, 2025 granting a preliminary injunction. The order is an appealable interlocutory order of the district court under 28 U.S.C. § 1292(a)(1). The order incorporates previously issued orders, *see* ECF Nos. 8 (order of court), 44 (mem.op. & order). Respondents appeal those orders that are attendant to the granting of the preliminary injunction.

Dated: July 11, 2025

                                                       TROY RIVETTI
                                                       ACTING UNITED STATES ATTORNEY

BY:   /s/ Laura S. Irwin
          Laura S. Irwin
          Assistant United States Attorney
          PA Bar No. 64112
          United States Attorney's Office
          Western District of Pennsylvania
          700 Grant Street, Suite 4000
          Pittsburgh, PA 15219
          Phone (412) 894-7374
          Laura.Irwin@usdoj.gov