# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil No. 3:25-cv-00113 |
| | ) Judge Stephanie L. Haines |
| DONALD J. TRUMP, *In his official capacity as President of the United States, et al.*, | ) ) ) ) |
| Respondents. | ) ) |

## MEMORANUDM ORDER

On May 19, 2025, the Court directed the parties to provide a status update regarding how they believed that this case should progress in light of certain Supreme Court precedent. (ECF No. 78).

On May 28, 2025, counsel for Petitioner provided a status update to the Court. Therein, Petitioner requested that the Court resolve his Motion for Reconsideration at ECF No. 79 and then receive from the parties their "positions as to next steps in the case." For their part, on May 28, 2025, Respondents requested that the Court forego entering a permanent injunction until the Court first heard of the Government's new notice process.

The Court has resolved Petitioner's Motion for Reconsideration at ECF No. 79. (ECF Nos. 88, 89). Further, in another case before this Court concerning the Alien Enemies Act, *W.J.C.C. v. Trump, et al.*, 3:25-cv-153, the Court has incorporated by reference portions of its Opinion from this case and also addressed the constitutionality of the Government's new notice procedures. (Case No. 3:25-cv-153: ECF Nos. 37, 38).

Therefore, because the Court has taken all steps requested by the parties, and because the Court deems it appropriate to now obtain new status reports from the parties, the Court enters the following Order:

**ORDER OF COURT**

AND NOW, this 30th day of June, 2025, IT IS ORDERED that, on or before **July 7, 2025,** both Petitioner and Respondents shall provide to the Court their respective position regarding how they believe this case should progress. Petitioner and Respondents shall each provide their position to the Court via email at: Haines_Chambers@pawd.uscourts.gov.

Stephanie L. Haines
United States District Judge