UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-134

No. **25-2311**

A. S. R., on his own behalf and on behalf of others similarly-situated

v.

PRESIDENT UNITED STATES OF AMERICA, et al, Appellants

(W.D. Pa. No. 3:25-cv-00113)

No. **25-2332**

W. J. C.C.

v.

PRESIDENT UNITED STATES OF AMERICA, et al, Appellants

(W.D. Pa. Nos. 3:25-cv-00153)

Present:  FREEMAN, Circuit Judge

1. Motion filed by Appellants to hold appeal in abeyance 25-2311

2. Motion filed by Appellants to hold appeal in abeyance 25-2332

                                                          Respectfully,
                                                          Clerk/lmr

_____ORDER_____

The foregoing motions are granted insofar as these appeals are stayed and held in abeyance pending the decision of the Fifth Circuit Court of Appeals in *W.M.M. v. Trump*, No. 25-10534 (5th Cir.) and the Supreme Court's decision on any petition for writ of certiorari therefrom.  Within seven days of the Supreme Court's decision on the anticipated petition for writ of certiorari in *W.M.M.*, the parties to each of these appeals shall file a joint status report addressing whether the stay should be lifted.  If no petition for certiorari is filed in *W.M.M.*, the parties to each of these appeals shall report that

development to this Court within seven days of the expiration of the certiorari petition deadline.

By the Court,

s/Arianna J. Freeman
Circuit Judge

Dated: July 29, 2025
Lmr/cc: All Counsel of Record